UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                        CASE NO: 2:16-cr-50-FtM-38CM

JUAN MATEO-MATEO
_____

## ORDER

This matter comes before the Court on Motion for Advance the Sentencing Date (Doc. #22) filed on August 15, 2016.  Counsel moves the court to advance the sentencing date currently scheduled for October 24, 2016.   As grounds, Counsel indicates that Counsel has a scheduling conflict for the time set for sentencing.  Further, the defendant may have an advisory-guideline range of "time served" term of incarceration.   The Government does not object to the relief requested.  The Court, having considered the motion, finds good cause and will grant the continuance as outlined below.

Accordingly, it is now

**ORDERED:**

The Motion for Advance the Sentencing Date (Doc. 22) is **GRANTED**.   The sentencing will be rescheduled for October 11, 2016 at 2:00 PM.  The Clerk is directed to issue a notice rescheduling hearing accordingly.

**DONE AND ORDERED** at Fort Myers, Florida, this August 22, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record